

## INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

| | | | |
|---|---|---|---|
| Client: | Hattrick Properties LLC | Home: | (432) 349-8624 |
| Property: | 3404 Midland Dr. | | |
| | Midland, TX 79707 | | |

Operator Info:
Operator:   JPLUBY

Estimator:  Andrew Madrid                           Business:  (432) 242-0024
Business:   PO Box 10481
            Midland, TX 79702

Type of Estimate:  Hull
Date Entered:      10/16/2010       Date Assigned:  10/3/2010

Price List:        TXMI7X_OCT10
Labor Efficiency:  Restoration/Service/Remodel
Estimate:          HATTRICKPROPERTIES

**EXHIBIT A**

01/03/2011  6:46PM (GMT-06:00)



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

## HATTRICKPROPERTIES
### Roof Level 1



1st Story

10,195.30 Surface Area                101.95 Number of Squares
880.43 Total Perimeter Length

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. R&R Metal roofing - High grade | 11,214.83 SF | 0.37 | 6.43 | 76,260.85 |
| 2. Ridge cap - metal roofing | 285.10 LF | 0.00 | 4.25 | 1,211.68 |
| Rid cap on center entrance and North Slope. | | | | |
| 3. R&R Gable trim for metal roofing | 224.20 LF | 0.47 | 4.34 | 1,078.40 |
| Totals: 1st Story | | | | 78,550.93 |

Total: Roof Level 1                                                    78,550.93

### Roof Level 2

2nd Story

12,069.58 Surface Area                120.70 Number of Squares
573.47 Total Perimeter Length

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 4. R&R Metal roofing - High grade | 13,276.53 SF | 0.37 | 6.43 | 90,280.41 |
| 5. Ridge cap - metal roofing | 100.00 LF | 0.00 | 4.25 | 425.00 |
| 6. R&R Flashing - pipe jack - 8" | 1.00 EA | 4.09 | 45.89 | 49.98 |
| 7. R&R Flashing - pipe jack | 11.00 EA | 4.09 | 28.32 | 356.51 |
| 8. R&R Exhaust cap - through roof | 6.00 EA | 5.22 | 72.75 | 467.82 |
| 9. R&R Gable trim for metal roofing | 521.30 LF | 0.47 | 4.34 | 2,507.45 |
| Totals: 2nd Story | | | | 94,087.17 |

HATTRICKPROPERTIES                                          10/18/2010         Page: 2

01/12/2011 10:54:03 AM -0600 TX Dept of Insurance                PAGE 28   OF 55

From: Andrew Madrid    Fax: +1 (432) 272-6759    To:    Fax: +1 (812) 476-1771    Page 28 of 53 10/2011 5:37



**INSURANCE ADVOCATES**

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0074
FAX:    432-272-6759

Total: Roof Level 2                                                                94,087.17

### Roof Level 3

**3rd Story**

17,749.24 Surface Area                     177.49 Number of Squares
568.37 Total Perimeter Length

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 10. R&R Metal roofing - High grade | 19,524.16 SF | 0.37 | 6.43 | 132,764.29 |
| 11. Remove Additional charge for high roof (2 stories or greater) | 177.49 SQ | 3.07 | 0.00 | 544.89 |
| 12. Additional charge for high roof (2 stories or greater) | 195.24 SQ | 0.00 | 11.57 | 2,258.93 |
| 13. R&R Flashing - pipe jack | 3.00 EA | 4.09 | 28.32 | 97.23 |
| 14. R&R Gable trim for metal roofing | 567.00 LF | 0.47 | 4.34 | 2,727.27 |

Totals: 3rd Story                                                                138,392.61

Total: Roof Level 3                                                              138,392.61

### Main Level

Main Level

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 15. Comb and straighten a/c condenser unit fins | 14.00 EA | 0.00 | 147.53 | 2,065.42 |
| 16. R&R Metal lath & stucco | 15.00 SF | 0.38 | 3.53 | 58.65 |
| 17. Seal & paint stucco | 15.00 SF | 0.00 | 0.88 | 13.20 |
| 18. Reglaze window, 25 - 30 sf | 1.00 EA | 0.00 | 156.85 | 156.85 |

Total: Main Level                                                                  2,294.12

HATTRICKPROPERTIES                                          10/18/2010       Page: 3

01/03/2011   6:46PM (GMT-06:00)

From: Andrew Madrid    Fax: +1 (432) 272-6759    To:    Fax: +1 (512) 475-1771    Page 27 of 03/13/2011 5:57



**INSURANCE ADVOCATES**

P.O. BOX 10451
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759



Tanning area                                                                                      Height: 8'

384.00 SF Walls                              144.00 SF Ceiling
528.00 SF Walls & Ceiling                    144.00 SF Floor
16.00 SY Flooring                            48.00 LF Floor Perimeter
48.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 19. R&R Acoustic ceiling tile | 48.00 SF | 0.35 | 1.84 | 105.12 |

Totals: Tanning area                                                                                  105.12



Entry/Foyer                                                                                       Height: 8'

384.00 SF Walls                              144.00 SF Ceiling
528.00 SF Walls & Ceiling                    144.00 SF Floor
16.00 SY Flooring                            48.00 LF Floor Perimeter
48.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 20. R&R Acoustic ceiling tile | 96.00 SF | 0.35 | 1.84 | 210.24 |

Totals: Entry/Foyer                                                                                   210.24



Aerobic Room                                                                                      Height: 14'

2,184.00 SF Walls                            1,512.00 SF Ceiling
3,696.00 SF Walls & Ceiling                  1,512.00 SF Floor
168.00 SY Flooring                           156.00 LF Floor Perimeter
156.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 21. R&R Acoustic ceiling tile | 56.00 SF | 0.35 | 1.84 | 122.64 |

Totals: Aerobic Room                                                                                  122.64

HATTRICKPROPERTIES                                                              10/18/2010         Page: 4



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759



**M&B Studio** — Height: 12'

1,792.16 SF Walls
2,862.30 SF Walls & Ceiling
118.90 SY Flooring
149.35 LF Ceil. Perimeter

1,070.14 SF Ceiling
1,070.14 SF Floor
149.35 LF Floor Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 22. R&R Acoustic ceiling tile | 136.00 SF | 0.35 | 1.84 | 297.84 |

Totals: M&B Studio    297.84



**Quantum Room** — Height: 8'

704.00 SF Walls
1,112.38 SF Walls & Ceiling
45.38 SY Flooring
88.00 LF Ceil. Perimeter

408.38 SF Ceiling
408.38 SF Floor
88.00 LF Floor Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 23. R&R Acoustic ceiling tile | 56.00 SF | 0.35 | 1.84 | 122.64 |

Totals: Quantum Room    122.64

**Group Exercise Room** — Height: 12'

1,984.00 SF Walls
3,496.44 SF Walls & Ceiling
168.05 SY Flooring
165.33 LF Ceil. Perimeter

1,512.44 SF Ceiling
1,512.44 SF Floor
165.33 LF Floor Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 24. R&R Acoustic ceiling tile | 272.00 SF | 0.35 | 1.84 | 595.68 |
| 25. Seal then paint the surface area twice (3 coats) | 672.00 SF | 0.00 | 0.87 | 584.64 |

HATTRICKPROPERTIES    10/18/2010    Page 5



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

#### CONTINUED - Group Exercise Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 26. Mask and prep for paint - plastic, paper, tape (per LF) | 136.00 LF | 0.00 | 0.87 | 118.32 |

Totals: Group Exercise Room    1,298.64



**Trainers Back Office**    Height: 8'

400.00 SF Walls            125.23 SF Ceiling
525.23 SF Walls & Ceiling  125.23 SF Floor
13.91 SY Flooring          50.00 LF Floor Perimeter
50.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 27. R&R Acoustic ceiling tile | 8.00 SF | 0.35 | 1.84 | 17.52 |

Totals: Trainers Back Office    17.52



**Womens Locker room**    Height: 8'

384.00 SF Walls            144.00 SF Ceiling
528.00 SF Walls & Ceiling  144.00 SF Floor
16.00 SY Flooring          48.00 LF Floor Perimeter
48.00 LF Ceil. Perimeter



**Subroom 1: DRESSING_ARE**    Height: 8'

163.17 SF Walls            26.00 SF Ceiling
189.17 SF Walls & Ceiling  26.00 SF Floor
2.89 SY Flooring           20.40 LF Floor Perimeter
20.40 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 28. R&R Acoustic ceiling tile | 56.00 SF | 0.35 | 1.84 | 122.64 |

HATTRICKPROPERTIES    10/18/2010    Page 6

From: Andrew Madrid     Fax: +1 (432) 272-6759     To:      Fax: +1 (613) 475-1771     Page 8 of 63 1/5/2011 5:07



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

#### CONTINUED - Womens Locker room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 29. R&R Cove base molding - rubber or vinyl, 6" high | 15.00 LF | 0.18 | 1.85 | 30.45 |
| 30. Seal then paint the surface area twice (3 coats) | 1,464.00 SF | 0.00 | 0.87 | 1,273.68 |
| 31. R&R 1/2" drywall - hung, taped, floated, ready for paint | 32.00 SF | 0.24 | 1.06 | 41.60 |
| 32. (Install) Carpet tile | 10.00 SF | 0.00 | 0.30 | 3.00 |

Totals: Womens Locker room                                                        1,471.37



**Phytex Training Rooms**                                                **Height: 8'**

384.00 SF Walls              144.00 SF Ceiling
528.00 SF Walls & Ceiling    144.00 SF Floor
16.00 SY Flooring            48.00 LF Floor Perimeter
48.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 33. R&R Acoustic ceiling tile | 32.00 SF | 0.35 | 1.84 | 70.08 |

Totals: Phytex Training Rooms                                                       70.08

**Massage Therapy Room**                                                **Height: 8'**

469.80 SF Walls              139.46 SF Ceiling
609.25 SF Walls & Ceiling    139.46 SF Floor
15.50 SY Flooring            58.72 LF Floor Perimeter
58.72 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 34. R&R Acoustic ceiling tile | 24.00 SF | 0.35 | 1.84 | 52.56 |
| 35. R&R Cove base molding - rubber or vinyl, 6" high | 6.00 LF | 0.18 | 1.85 | 12.18 |
| 36. Seal then paint the surface area twice (3 coats) | 48.00 SF | 0.00 | 0.87 | 41.76 |

HATTRICKPROPERTIES                                            10/18/2010         Page: 7

01/12/2011 10:54:03 AM -0600 TX Dept of Insurance                PAGE 33    OF 55

From: Andrew Madrid   Fax: +1 (432) 272-6758   To:   Fax: +1 (612) 476-1721   Page 31 of 53 1/6/2011 8:37



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

#### CONTINUED - Massage Therapy Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 37. R&R 1/2" drywall - hung, taped, floated, ready for paint | 32.00 SF | 0.24 | 1.06 | 41.60 |
| 38. (Install) Carpet tile | 12.00 SF | 0.00 | 0.30 | 3.60 |

Totals: Massage Therapy Room                                            151.70

#### Hallway                                                          Height: 12'

3,312.00 SF Walls           792.00 SF Ceiling
4,104.00 SF Walls & Ceiling 792.00 SF Floor
88.00 SY Flooring           276.00 LF Floor Perimeter
276.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 39. R&R Acoustic ceiling tile | 72.00 SF | 0.35 | 1.84 | 157.68 |
| 40. R&R Cove base molding - rubber or vinyl, 6" high | 123.00 LF | 0.18 | 1.85 | 249.69 |
| 41. Seal then paint the surface area twice (3 coats) | 1,464.00 SF | 0.00 | 0.87 | 1,273.68 |
| 42. R&R 1/2" drywall - hung, taped, floated, ready for paint | 32.00 SF | 0.24 | 1.06 | 41.60 |
| 43. Mask and prep for paint - plastic, paper, tape (per LF) | 294.00 LF | 0.00 | 0.87 | 255.78 |
| 44. (Install) Carpet tile | 8.00 SF | 0.00 | 0.30 | 2.40 |

Totals: Hallway                                                        1,980.83

Total: Main Level                                                      8,142.74

Line Item Subtotals: HATTRICKPROPERTIES                              319,173.45

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Mechanic | 109.58 |
| Drywall Installer/Finisher | 177.20 |
| Flooring Installer | 88.86 |
| Painter | 103.02 |

HATTRICKPROPERTIES                              10/18/2010        Page: 8

01/03/2011  6:46PM  (GMT-06:00)



## INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Roofer | 263.58 |
| Stucco Installer | 142.34 |
| **Total Adjustments for Base Service Charges:** | **884.48** |
| **Line Item Totals: HATTRICKPROPERTIES** | **320,087.93** |

### Grand Total Areas:

| | | |
|---|---|---|
| 12,545.12 SF Walls | 6,161.65 SF Ceiling | 18,706.77 SF Walls and Ceiling |
| 6,161.65 SF Floor | 684.63 SY Flooring | 1,155.80 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 1,155.80 LF Ceil. Perimeter |
| 6,161.65 Floor Area | 6,817.44 Total Area | 12,545.12 Interior Wall Area |
| 30,714.68 Exterior Wall Area | 976.94 Exterior Perimeter of Walls | |
| 40,014.12 Surface Area | 400.14 Number of Squares | 2,022.27 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

01/12/2011 10:54:03 AM -0600 TX Dept of Insurance                    PAGE 35   OF 55

From: Andrew Madrid    Fax: +1 (432) 272-6759    To:    Fax: +1 (512) 476-1771    Page 38 of 83 1/8/2011 5:37



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

#### Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 319,173.45 |
| Total Adjustments for Base Service Charges | | | | 864.48 |
| Material Sales Tax | @ | 8.250% x | 105,733.61 | 8,723.02 |
| Subtotal | | | | 328,780.95 |
| Overhead | @ | 14.0% x | 328,780.95 | 46,029.33 |
| Profit | @ | 15.0% x | 328,780.95 | 49,317.14 |
| Replacement Cost Value | | | | $424,127.42 |
| Less Deductible | | | | (10,000.00) |
| Net Claim | | | | $414,127.42 |

Andrew Madrid

HATTRICKPROPERTIES                                              10/18/2010        Page: 10

01/03/2011  6:46PM (GMT-06:00)



**INSURANCE ADVOCATES**

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

## Recap by Room

Estimate: HATTRICKPROPERTIES

| | | | |
|---|---|---:|---:|
| Area: | Roof Level 1 | | |
| | 1st Story | 78,550.93 | 24.54% |
| | Area Subtotal: Roof Level 1 | 78,550.93 | 24.54% |
| Area: | Roof Level 2 | | |
| | 2nd Story | 94,087.17 | 29.40% |
| | Area Subtotal: Roof Level 2 | 94,087.17 | 29.40% |
| Area: | Roof Level 3 | | |
| | 3rd Story | 138,392.61 | 43.24% |
| | Area Subtotal: Roof Level 3 | 138,392.61 | 43.24% |
| Area: | Main Level | 2,294.12 | 0.72% |
| | Tanning area | 105.12 | 0.03% |
| | Entry/Foyer | 210.24 | 0.07% |
| | Aerobic Room | 122.64 | 0.04% |
| | M&B Studio | 297.84 | 0.09% |
| | Quantum Room | 122.64 | 0.04% |
| | Group Exercise Room | 1,298.64 | 0.41% |
| | Trainers Back Office | 17.52 | 0.01% |
| | Womens Locker room | 1,471.37 | 0.46% |
| | Phytex Training Rooms | 70.08 | 0.02% |
| | Massage Therapy Room | 151.70 | 0.05% |
| | Hallway | 1,980.83 | 0.62% |
| | Area Subtotal: Main Level | 8,142.74 | 2.54% |
| Subtotal of Areas | | 319,173.45 | 99.72% |
| Base Service Charges | | 884.48 | 0.28% |
| Total | | 320,057.93 | 100.00% |

HATTRICKPROPERTIES                                                10/18/2010        Page: 11

01/03/2011   6:46PM (GMT-06:00)

01/12/2011 10:54:09 AM -0600 TX Dept of Insurance          PAGE 37    OF 56

From: Andrew Madrid    Fax: +1 (432) 272-6759    To:      Fax: +1 (512) 475-1771    Page 36 of 53 1/3/2011 9:37



### INSURANCE ADVOCATES

P.O. BOX 10481
MIDLAND, TX 79702
OFFICE: 432-242-0024
FAX:    432-272-6759

#### Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| ACOUSTICAL TREATMENTS | | | 1,575.04 | 0.37% |
| GENERAL DEMOLITION | | | 17,894.44 | 4.22% |
| DRYWALL | | | 101.75 | 0.02% |
| FLOOR COVERING - CARPET | | | 9.00 | 0.00% |
| FLOOR COVERING - VINYL | | | 266.40 | 0.06% |
| HEAT, VENT & AIR CONDITIONING | | | 2,065.42 | 0.49% |
| PAINTING | | | 3,561.06 | 0.84% |
| ROOFING | | | 293,490.53 | 69.20% |
| STUCCO & EXTERIOR PLASTER | | | 52.95 | 0.01% |
| WINDOW REGLAZING & REPAIR | | | 156.85 | 0.04% |
| O&P Items Subtotal | | | 319,173.45 | 75.25% |
| Base Service Charges | | | 884.48 | 0.21% |
| Material Sales Tax | @ | 8.250% | 8,723.02 | 2.06% |
| Overhead | @ | 14.0% | 46,029.33 | 10.85% |
| Profit | @ | 15.0% | 49,317.14 | 11.63% |
| Total | | | 424,127.42 | 100.00% |

HATTRICKPROPERTIES                                    10/18/2010    Page: 12

01/03/2011   6:46PM (GMT-06:00)